FILED
CLERK, U.S. DISTRICT COURT
December 9, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA CABRERA, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>CARL'S JR. #1100234, a business of unknown form; DARREN KASAI, individually and as trustee of the DARREN KASAI SEPARATE PROPERTY TRUST dated OCTOBER 11, 2012; JERRY KASAI, individually and as trustee of the JERRY KASAI SEPARATE PROPERTY TRUST dated DECEMBER 8, 2012; CINDY C. KASAI, individually and as trustee of the CINDY C. KASAI SEPARATE PROPERTY TRUST dated JUNE 18, 2002; and DOES 1- 10, inclusive,<br><br>    Defendants. | Case No. 2:21-cv-06208-SB-SK<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

1

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Gabriela Cabrera ("Plaintiff") and Carl's Jr. #1100234, Darren Kasai, Jerry Kasai and Cindy C. Kasai ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  The Court hereby vacates the in-person scheduling conference set for January 14, 2022.  Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:  December 9, 2021



Stanley Blumenfeld, Jr.
United States District Judge